UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand and nineteen,

_____

| | |
|---|---|
| Oscar Hernandez, AKA Jorge Corrientez Perez, | **ORDER** |
| Petitioner, | Docket No: 19-2044 |
| v. | |
| William P. Barr, United States Attorney General, | |
| Respondent. | |

_____

PETITIONER has filed a scheduling notification, pro se, pursuant to the Court's Local Rule 31.2, setting November 12, 2019 as the brief filing date.

The scheduling notification hereby is so ordered.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

